DAVID L. ANDERSON (CABN 149604)
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8944
  Facsimile: (415) 744-0134
  E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LOPEZ,<br><br>    Plaintiff,<br><br> v.<br><br>ANDREW SAUL, [1]<br>Commissioner of Social Security<br><br>    Defendant. | Case No.: 3:18-cv-06358-MMC<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>AND ORDER THEREON |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. The Commissioner will limit the scope of the remand proceedings to

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Stip. For Voluntary Remand; Case 3:18-cv-06358-MMC    1

determining whether Plaintiff is eligible for disability benefits for the alleged closed period of April 24, 2014 to September 30, 2015 and not disturb the previous finding of disability for the period beginning October 1, 2015. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 11, 2019

/s/ Paul Kim*
(*as authorized via e-mail on 9/11/19)
PAUL KIM
Attorney for Plaintiff

Dated: September 11, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: September 11, 2019

THE HONORABLE MAXINE M. CHESNEY
United States ~~Magistrate~~ Judge
District